**Order entered January 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00898-CR

**BRANDON LAWRENCE COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81168-2011**

## ORDER

The Court **GRANTS** the State's motion for extension of time to file the State's brief. We

**ORDER** the Clerk of the Court to file the brief tendered on December 16, 2013 as of the date of

this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for

all parties.

/s/    LANA MYERS
         JUSTICE